**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | **CRIMINAL NO. 06-00278-KD** |
| ) | **(Civil Action No. 11-00463-KD-N)** |
| **DAVID MARK YOUNG,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated August 17, 2011, is ADOPTED as the opinion of this Court. It is **ORDERED** that the motion filed by the defendant pursuant to 28 U.S.C. § 2255 (doc. 141) is hereby **DISMISSED without prejudice** as premature.

DONE this 6th day of September, 2011.

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE